## File Hashes for IP Address 96.240.129.161

**ISP:** Verizon FiOS
**Physical Location:** Manassas, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/05/2014 14:53:21 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 09/14/2014 02:06:10 | 9F656F8786E9D996E59742FA3EDB968FFEA4297D | Four Ways |
| 09/11/2014 13:03:20 | 549DD0D15D5335D60A0553E25AD2FCE571616F16 | Model Couple on Vacation |
| 09/10/2014 09:17:09 | 5BF62B545B00343519141464FE69C5A10AB20D46 | Shes Not Alone |
| 09/08/2014 11:21:42 | 3BFB4EBDB3D4A2C137A0443144234F96A95875FF | Sweet Awakening |
| 09/03/2014 19:06:40 | E7E34DFC640020FA3DFC2549BABA68936A9CECC1 | Shes A Spinner |
| 09/02/2014 06:21:55 | 501479323B466A8A434D5404A2E99E0E92B4EA07 | Paint Me White |
| 09/01/2014 16:01:33 | E024EC058B07AB3DD6F040E5E957DABE3A1A0105 | Taste Me |
| 08/22/2014 14:34:17 | DD54541DD3CE9E43D2314BC8BCA659AB983DE330 | Sexy En Noir |
| 08/22/2014 14:27:33 | 712716B76EC21B824E2618F51C9B1FE74B02D334 | Summertime Lunch |
| 08/22/2014 14:23:18 | 8833E8148F3FA7B6B4D4330431AAE2C6D144E9F6 | Lying Around |
| 08/12/2014 00:52:39 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 07/02/2014 12:44:15 | CFE2AACABA46B405AD7BCED51EC8CA08779DB15B | Cut Once More Please |
| 06/25/2014 17:00:39 | 3F0721C5E1026E30E17456FEA2868588A8D26BF9 | Drinks For Two |
| 06/08/2014 10:54:14 | 1E7839F4A56635C25167CEA9DFB00FE257541352 | Hot Orgasm |
| 06/08/2014 03:21:02 | 28F45A2E6E72D9080C505DE57F95430599306A07 | Surprise Surprise |

**Total Statutory Claims Against Defendant: 16**

EVA159

EXHIBIT A